# MORTENSON AND POMEROY
### ATTORNEYS AT LAW
150 MORRIS AVENUE
SPRINGFIELD, NEW JERSEY 07081
TEL: 973-467-9600
FAX: 973-467-5055

STEPHEN O. MORTENSON
 CERTIFIED CIVIL TRIAL ATTORNEY
DANIEL J. POMEROY
 ALSO ADMITTED IN NY
JOHN M. LEY
 ALSO ADMITTED IN PA
KAREN E. HELLER
 ALSO ADMITTED IN NY

SANDRA T. FRENCH
LISA D. MUNDY
 ALSO ADMITTED IN NY
PAUL M. DIGASBARRO
 ALSO ADMITTED IN NY
EDWIN S. HAVENS IV

May 31, 2007

**Via Facsimile and Regular Mail**

Honorable Patty Shwartz, U.S.M.J.
U.S. Post Office & Courthouse Building
Room 477
P.O. Box 999
Newark, New Jersey 07101

**RECEIVED**

JUN - 1 2007

WILLIAM T. WALSH, CLERK

Re: <u>Fogg, et al. v. Lerner et al.</u>
Docket No: 05-5558 (JLL)
Our File No: 7087-8394

Dear Magistrate Shwartz:

In response to Your Honor's request, we have obtained a mutually convenient date from all counsel for the settlement conference in the above-captioned matter. From the dates provided by Your Honor's chambers, **July 19, 2007 at 2:30 p.m.** was the best date and time.

This will confirm that the Court requires all counsel to attend the conference with their clients on July 19th.

Thank you for Your Honor's consideration in this regard.

*[handwritten: All other dates + deadlines remain unchanged. So ordered this 1st day of June, 2007]*

Respectfully submitted,

Stephen O. Mortenson

*[signature: Patty Shwartz]*
Hon. Patty Shwartz
U.S. Magistrate Judge

SOM/lg
cc: All Counsel (per attached list)
 Blanche D. Vilade, Esq.
 Cervati/Monaco
 Claim No: 05-434281